# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

Robert P. Young, Jr.,
Chief Justice

150591

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

INNOVATION VENTURES, L.L.C., d/b/a
LIVING ESSENTIALS,
         Plaintiff-Appellant,

v

LIQUID MANUFACTURING, L.L.C., K & L
DEVELOPMENT OF MICHIGAN, L.L.C., LXR
BIOTECH L.L.C., ETERNAL ENERGY, L.L.C.,
ANDREW KRAUSE, and PETER PAISLEY,
         Defendants-Appellees.

SC:  150591
COA:  315519
Oakland CC:  2012-124554-CZ

_____/

      On order of the Court, the application for leave to appeal the October 23, 2014 judgment of the Court of Appeals is considered, and it is GRANTED.  The parties shall include among the issues to be briefed whether the Nondisclosure Agreement and Equipment Manufacturing Agreement are void due to failure of consideration, and whether the non-compete provisions in the Termination Agreement and the Nondisclosure Agreement  are enforceable.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015


Clerk

s0624p